### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| ABIRA MEDICAL LABORATORIES, LLC, doing business as "GENESIS DIAGNOSTICS,"<br><br>        Plaintiff,<br><br>        v.<br><br>BLUE CROSS AND BLUE SHIELD OF ALABAMA,<br><br>        Defendant. | CIVIL ACTION<br><br><br><br>NO.  23-5132 |

### O R D E R

**AND NOW**, this 27th day of May, 2026, upon consideration of Defendant Blue Cross Blue Shield of Alabama's Motion to Dismiss the Second Amended Complaint filed by Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics (ECF No. 35) (the "Motion"), the opposition thereto, and reply in support, it is hereby **ORDERED** as follows:

1.      The Motion is **GRANTED** as to Count 1 for claims based under the following Plans as detailed in Exhibit 1 to the Second Amended Complaint: Board of Water and Sewer Commission, Ascension Health, Alabama West Florida Conference of United Methodist, JHHC Holdings LLC, and MOBIS. Claims related to JHHC Holdings LLC and MOBIS are dismissed with prejudice. The remaining ERISA claims are dismissed without prejudice.

2.      The Motion is **GRANTED** as to Counts 2 and 4. Counts 2 and 4 are dismissed without prejudice.

3.      The Motion is **DENIED** as to Count 1 for the claim based under the Xcel Staffing, Inc. ERISA Plan.

                  **BY THE COURT:**

                  **/s/ Hon. Kelley B. Hodge**

                    **HODGE, KELLEY B., J.**